IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOE F. WINDHAM, | ) | Case No. 8:19-cv-524 |
| Plaintiff, | ) | |
| v. | ) | **ORDER DISMISSING CASE WITH PREJUDICE** |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| Defendant. | ) | |

The parties filed a Stipulation for Dismissal with Prejudice, Filing No. 10. Accordingly,

IT IS ORDERED that this action is dismissed, with prejudice, with each party to pay its own costs.

DATED this 30th day of March 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge